THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Brenda R.  Babb, Appellant,
v.
Susan S. Shaw,
 Cynthia S. Hattersley, and Jay Hattersley, Respondents.
 
 
 

Appeal From Georgetown County
Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No.  2011-UP-440
Submitted October 1, 2011  October 11,
 2011

AFFIRMED

 
 
 
Brenda R. Babb, pro se, of Calabash, North
 Carolina.
Frank H. Durant, of Myrtle Beach, for
 Respondents.
 
 
 

PER CURIAM:  Brenda R. Babb appeals the circuit
 court's order dismissing her complaint.  Babb argues the circuit court erred in
 granting summary judgment and dismissing the case pursuant to Rules 12(b)(6)
 and 12(b)(8), SCRCP.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authorities:  
1.  As to whether the dismissal
 pursuant to Rule 12(b)(8) was in error: Cricket
 Cove Ventures, LLC v. Gilland, 390
 S.C. 312, 320, 701 S.E.2d 39, 44 (Ct. App. 2010) ("The appellate court
 applies the same standard of review as the circuit court in scrutinizing the
 application of Rule 12(b)(8),
 SCRCP.  A defendant may seek dismissal of an action pursuant to Rule 12(b)(8) when another action is pending between the
 same parties for the same claim." (citation omitted)).    
2.  As to any remaining issues on appeal: Futch
 v. McAllister Towing of Georgetown, Inc., 335 S.C. 598, 613, 518
 S.E.2d 591, 598 (1999) (stating an appellate court need not address remaining
 issues when a decision on a prior issue is dispositive).
 AFFIRMED.
 SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.